IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOSE CHEPITO AGUILAR, | § | |
| Petitioner, | § § § | |
| v. | § § | 2:17-CV-219 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On November 29, 2017, the United States Magistrate Judge issued findings, conclusions and a recommendation in this cause, recommending therein that the habeas application be denied because petitioner is not eligible for mandatory supervised release. On December 11, 2017, petitioner filed objections to the Findings, Conclusions and Recommendation.

The undersigned United States Senior District Judge has made an independent examination of the record in this case. Petitioner's objections are without merit and are OVERRULED, and the Magistrate Judge's Findings, Conclusions and Recommendation is hereby ADOPTED. Accordingly, the application for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this ___18th___ day of ___December___ 2017.

s/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES SENIOR DISTRICT JUDGE